IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PEDRO RODRIGUEZ-ALMODOVAR, et al.,<br><br>          Plaintiffs<br><br>               v.<br><br>COPAMARINA BEACH RESORT, CORP., et al.,<br><br>          Defendants | CIVIL NO. 07-1418 (JP) |

### FINAL JUDGMENT

Before the Court is a joint stipulation of settlement filed by Plaintiffs Pedro Rodríguez-Almodóvar, Myriam Santiago-Feliciano, and their conjugal partnership, and Defendants Copamarina Beach Resort Corp. and Universal Insurance Company (**No. 19**). Pursuant thereto, the Court **ENTERS JUDGMENT DISMISSING WITH PREJUDICE** the Complaint and all the claims exercised therein. The Court shall retain jurisdiction over the settlement agreement. This judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 1st day of February, 2008.

                                        s/Jaime Pieras, Jr.
                                       JAIME PIERAS, JR.
                                   U.S. SENIOR DISTRICT JUDGE